EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Eduardo José Iglesias Badillo | 2019 TSPR 24<br><br>201 DPR ____ |

Número del Caso:   TS-12,260


Fecha: 6 de febrero de 2019


Abogado del Peticionario:

        Por derecho propio


Materia:   Reactivación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Eduardo José Iglesias Badillo          TS-12,260

RESOLUCIÓN

San Juan, Puerto Rico, a 6 de febrero de 2019

Examinada la *Moción solicitando cambio de estatus de abogado inactivo a abogado activo en el Registro Único de Abogados y Abogadas*, presentada por el Sr. Eduardo José Iglesias Badillo, se provee ha lugar.

Se le ordena al Secretario de este Tribunal registrar el cambio en el Registro Único de Abogados y Abogadas (RÚA).

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo